No. 95–7218. KNIGHT v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 95–7220. MCLELLAN v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 95–7224. TAYLOR v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 95–7226. WOLVERTON v. WISCONSIN. Sup. Ct. Wis. Certiorari denied.

No. 95–355. MCKOWN ET AL. v. LUNDMAN, TRUSTEE FOR THE NEXT OF KIN OF LUNDMAN, DECEASED. Ct. App. Minn. Motion of Archdiocese of St. Paul and Minneapolis et al. for leave to file a brief as *amici curiae* granted. Certiorari denied.

No. 95–664. COUNTY OF CONTRA COSTA v. VISNESS. C. A. 9th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 95–353. MITCHELSON v. UNITED STATES, *ante*, p. 1008;
No. 95–538. DOLENZ v. NATIONWIDE INDEMNITY INSURANCE Co., *ante*, p. 1010;
No. 95–555. JACKSON v. OFFICE OF DISCIPLINARY COUNSEL, *ante*, p. 1010;
No. 95–5806. HOMO ET AL. v. CITY OF HENNIKER, NEW HAMPSHIRE, *ante*, p. 949;
No. 95–5808. MOSAVI v. UNITED STATES, *ante*, p. 924;
No. 95–6018. PUTMAN v. THOMAS, WARDEN, *ante*, p. 1012;
No. 95–6077. RODRIGUEZ v. FLORIDA, *ante*, p. 993;
No. 95–6167. MARTINEZ v. ROTH ET AL., *ante*, p. 1012;
No. 95–6229. CAVIN v. SOUTH CAROLINA, *ante*, p. 1012;
No. 95–6396. PEGANOFF v. PENNSYLVANIA, *ante*, p. 998;
No. 95–6439. POWELL v. UNITED STATES, *ante*, p. 999; and
No. 95–6628. OGUGUO v. UNITED STATES, *ante*, p. 1016. Petitions for rehearing denied.

No. 95–6008. ISAACS v. THOMAS, WARDEN, *ante*, p. 1002. Petition for rehearing denied. JUSTICE THOMAS took no part in the consideration or decision of this petition.